608

417 A.2d 774

Commonwealth v. Wormsley, Appellant.

Submitted May 7, 1979. Lester G. Nauhaus, Public Defender, and with him, John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and with him, Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgments of sentence affirmed.